NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUAN JOSE SANTAMARIA,        )
                             )
        Appellant,           )
                             )
v.                           )        Case No. 2D18-5092
                             )
STATE OF FLORIDA,            )
                             )
        Appellee.            )
                             )
_____)

Opinion filed September 2, 2020.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Howard L. Dimmig, II, Public Defender, and
Lisa B. Lott, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.